JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT LEE JOHNSON.<br><br>Plaintiffs.<br><br>v.<br><br>CITY OF POMONA, POLICE CHIEF MICHAEL ELLIS, SGT. DANIEL GOMEZ, ID. #40976, OFFICER PRINCE HUTCHINSON, ID. # 42042, SHREEF EFRAN, ID. # 42305, EDGAR RODRIGUEZ, ID.# 42270, PAUL LUCIFORA, ID. # 42227, ALEJANDRO A. LOPEZ-VALDEZ, ID.# 42490, JACQUELINE SMITH, ID.# 42115, NICHOLAS HEDLUND, ID. # 41949.<br><br>Defendants. | Case No. 2:24-cv-00181-TJH-KES<br><br>Honorable Karen E. Scott, U.S. Magistrate Judge<br><br>**[~~PROPOSED~~] ORDER RE STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that pursuant to the Stipulation of the parties and Federal Rules of Civil Procedure, Rule 41 (a)(1)(A)(ii) the above entitled action is hereby dismissed in its entirety, with prejudice, as against all Defendants including their past, present, and future officers, supervisors, councilmembers, directors, attorneys, agents, employees, subordinates, predecessors, successors-in-interest, assigns, and all other persons, firms, or corporations with whom any Defendants are now, have been, or may hereafter be

affiliated.

IT IS FURTHER ORDERED that each party waives all claims for attorney's fees and costs under 42 U.S.C. § 1988, and any other provision of law.

**IT IS SO ORDERED.**

DATED: 10/08/2026

Karen E. Scott

HON. KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE